UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JIANQIAO LU,

      Petitioner,

    v.                                                               CAUSE NO. 3:26cv361 DRL-SJF

BRIAN ENGLISH,

      Respondent.

## ORDER

Jianqiao Lu, an immigration detainee representing himself, asks the court to dismiss his habeas petition and close this case. In his amended habeas petition, Mr. Lu argued his mandatory detention under 8 U.S.C. § 1226(c) violated his constitutional rights. After Mr. Lu filed his amended petition, the immigration court held a custody redetermination hearing, reclassified his detention as arising under § 1226(a), and denied his request for bond. Mr. Lu says, in light of these procedural complications and the court's recent order in *Z.G. v. Olson*, 2026 U.S. Dist. LEXIS 103414 (N.D. Ind. May 11, 2026), he no longer wishes to pursue this action in its current posture. He requests that the court dismiss his habeas petition without prejudice and close this case pursuant to Rule 41(a)(2).

For these reasons, the court DISMISSES without prejudice Mr. Lu's amended petition for a writ of habeas corpus (ECF 14) and DIRECTS the clerk to close this case.

SO ORDERED.

May 14, 2026                    *s/ Damon R. Leichty*
                                    Judge, United States District Court